

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellants

v.

**LEGEND NATURAL GAS III, LP;** Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

## ORDER

The Appellee XTO Energy, Inc's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to May 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Jeffrey Lee Dorrell
Hanszen Laporte, LLP
11767 Katy Freeway, Suite 850
Houston, TX 77079

William A. Abernethy
Donnell, Abernethy & Kieschnick, P.C.
PO Box 2624
Corpus Christi, TX 78403-2624

Joel Vale Jr.
Atlas, Hall & Rodriguez, LLP
818 W. Pecan Blvd.
McAllen, TX 78501

Jose E. Garcia
Garcia & Villarreal, L.L.P.
4311 North McColl Road
McAllen, TX 78504